No. 285, Misc.  NEW YORK EX REL. SMITH *v.* MARTIN, WARDEN.  Appellate Division of the Supreme Court of New York, Fourth Judicial Department.  Certiorari denied.  Petitioner *pro se.*  *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 396, Misc.  BROWNING *v.* HAND, WARDEN.  Supreme Court of Kansas.  Certiorari denied.

No. 432, Misc.  RANDOLPH *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Supreme Court of Washington.  Certiorari denied.

No. 329.  NOVAK *v.* PENNSYLVANIA, *ante,* p. 882;
No. 371.  MANSFIELD HARDWOOD LUMBER CO. *v.* JOHNSON ET AL., *ante,* p. 885; and
No. 378.  NATIONAL AIRLINES, INC., *v.* STILES, *ante,* p. 885.  Petitions for rehearing denied.

No. 91.  AUDETT *v.* UNITED STATES, *ante,* p. 815.  Motion for leave to file petition for rehearing denied.

No. 187.  MALOY ET UX. *v.* FIRST FEDERAL SAVINGS & LOAN ASSN. OF WEST PALM BEACH, *ante,* pp. 824, 858, 898.  Motion for leave to file second petition for rehearing denied.

JANUARY 7, 1960.

No. 576, Misc.  JONES *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.  Petitioner *pro se.* *Stanley Mosk,* Attorney General of California, and *Arlo E.*